1032

THE STATE OF WASHINGTON, *Respondent*, v. MARCEL CERDAN SAMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07421-2, Beth M. Andrus, J., entered October 28, 2011. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Cox, J.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EMERIC MOCKOVAK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07237-6, Michael Hayden, J., entered November 7, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Verellen, JJ.

MADERA WEST CONDOMINIUM ASSOCIATION ET AL., *Appellants*, v. MARX/OKUBO, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-11022-1, Mary Yu, J., entered December 12, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Becker, J.

THE STATE OF WASHINGTON, *Respondent*, v. CORY LAMONT THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-02108-1, Ronald L. Castleberry, J., entered January 11, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Spearman, JJ.